44 A.3d 2

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Warren ARSAD, Petitioner.**

**No. 186 EM 2011.**

Supreme Court of Pennsylvania.

April 20, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**